IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEWBERRY ENGINEERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:20-cv-610 |
| DEWBERRY GROUP, INC. F/K/A ) | |
| DEWBERRY CAPITAL CORPORATION. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**DEWBERRY GROUP, INC.'S MOTION TO EXCLUDE
THE EXPERT OPINION OF MR. JAMES BERGER**

Defendant Dewberry Group, Inc., f/k/a Dewberry Capital Corporation ("Dewberry Group"), pursuant to Fed. R. Civ. P. 26 and 37, Fed. R. Evid. 702, and Local Rule 7, respectfully moves this Court to exclude the opinion of Plaintiff's expert, Mr. James Berger.

As explained in the accompanying Memorandum of Law, Mr. Berger's likelihood-of-confusion survey is fatally flawed in multiple respects. The survey's universe of respondents is over-inclusive; the survey fails to use a control group; it does not replicate market conditions; it uses an unacceptable leading question; and it improperly counts multiple respondents as "confused" about the difference between the businesses of Plaintiff and Dewberry Group.

For the foregoing reasons, Dewberry Group moves this Court to exclude the expert opinion of Mr. James Berger. Counsel hereby represents that a good-faith effort to narrow the area of disagreement has been made in accordance with Local Civil Rule 7(E) and Local Civil Rule 37(E).

16720980v2

Submitted this 23rd day of June, 2021.

ARNALL GOLDEN GREGORY LLP

By:   */s/ John P. Rowley III*
    John P. Rowley III
    Virginia Bar No. 19804
    1775 Pennsylvania Avenue, NW
    Suite 1000
    Washington, DC 20006
    Telephone:   202.677.4948
    Facsimile:   202.677.4949

    Stephen M. Dorvee
    Georgia Bar No. 226989
    *Admitted Pro Hac Vice*
    Andrew C. Stevens
    Georgia Bar No. 183366
    *Admitted Pro Hac Vice*
    171 17th Street NW
    Suite 2100
    Atlanta, GA  30363-1031
    Telephone:  404.873.8500
    Facsimile:   404.873.8501

    Attorneys for Defendant
    *Dewberry Group, Inc. f/k/a Dewberry Capital Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2021, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will then send a notification of such filing to the following:

| | |
|---|---|
| Alan B. Croft (VSB # 9209) | Stephen Patrick Demm (VSB # 30534) |
| Ralph M. Tener (VSB # 25430) | Arthur Eric Schmalz (VSB # 36014) |
| Mark Emilio S. Abrajano (VSB # 91682) | Julie Margaret Peters (VSB # 47282) |
| McCandlish Lillard, P.C. | Hunton Andrews Kurth LLP |
| 11350 Random Hills Road, Suite 500 | 951 East Byrd Street |
| Fairfax, Virginia, 22030 | Richmond, VA 23219 |
| Telephone: (703) 273-2288 | Telephone: (804) 788-8331 |
| Fax: (703) 273-4592 | Fax: (804) 343-4513 |
| acroft@mccandlaw.com | sdemm@huntonak.com |
| rtener@mccandlaw.com | aschmalz@hunton.com |
| mabrajano@mccandlaw.com | jpeters@hunton.com |
| Counsel for the Plaintiff | Counsel for the Plaintiff |

Dated: June 23, 2021        By:    */s/ John P. Rowley III*
                                                       John P. Rowley III
                                                       Virginia Bar No. 19804

16720980v2