| PX # | Description | Dewberry Group, Inc.'s Objections |
|---|---|---|
| PX-019 | Dewberry's Berry Logo Mark | |
| PX-042 | Dewberry's "Dewberry" Word + Berry Logo Mark | |
| PX-043 | Dewberry's "Dewberry" Word Mark | |
| PX-071 | Virginia's General Assembly House Joint Resolution No. 237 | Hearsay. Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-073 | Defendant's "Dewberry Capital" Mark (excerpts) | |
| PX-075 | U.S. Congressional Record -- Dewberry's 50th recognition | Hearsay. Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-076 | Defendant's 2006 Demand Letter | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-085 | Letter from Sid Dewberry to Joh Dewberry re: settlement discussions | |
| PX-089 | Letter from Sid Dewberry to John Dewberry re settlement discussions | |
| PX-095 | Defendant's "Dewberry Capital" Mark (excerpts) | Duplicative |
| PX-099 | Renee Early correspondence re slip and fall confusion | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-103 | Dewberry's Second Amended Complaint w. exhibits (Prior Litigation) | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-106 | Defendant's Answer to Second Amended Complaint and Counterclaims (Prior Litigation) | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-112 | Confidential Settlement Agreement (CSA) | |
| PX-113 | Consent Order of Dismissal (Prior Litigation) | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-143 | Email from K Waddle to C Thomas re: confusion over Dewberry Capital | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |

| | | |
|---|---|---|
| PX-146 | Dewberry ABC For Lease Signage 003 | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-156 | Dewberry Letter to Defendant re Planet Smoothie's Confusion | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-180 | Email between J Dewberry & S Dewberry re: development joint venture | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-217 | Properties & Ownership Entities (Dewberry Group) | |
| PX-232 | John Dewberry's Letter of Intent to J. Rosenthal for Charlottesville lease | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-235 | Azalea Square Leasing Package using DCC Mark to Publix | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-236 | Defendant's "StudioDew" Mark (excerpts) | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-237 | John Dewberry Visits Rosenthal's CVS tenant in | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-244 | John Dewberry Email to Charlottesville 'big bad wolf' + | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-247 | Campanile Cover Email + Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-248 | J. Brown email re Lockie Brown in house architect | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-251 | Hercules Fence Co. v. Dewberry Capital, LLC Warrant in Debt w. exhibits | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-252 | Dewberry Letter dispelling confusion re Hercules Fence Co v. Dewberry Capital, LLC Warrant in Debt | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-254 | Email - Demm to Thomas re Unopened Service of Process | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-257 | Dewberry Charleston Horiz. Prop. Deed & L. Brown's Architect's Certificate | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-262 | Charlottesville Itinerary | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |

| | | |
|---|---|---|
| PX-268 | Laremore Concrete Falling off | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-271 | Email + Letter from Westminster Canterbury to DCC re interest in buying a portion of Azalea Square | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-278 | Email exchange between John Dewberry and Westminster Canterbury re purchase of Azalea Square | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-279 | Dewberry Group's Marked Up Letter of Intent w. Bromont re Azalea Square | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-280 | Campanile Cover Email + Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-281 | Ortega Park Cover Email + Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-283 | Email from M Connors to M Signer re Dewberry Charlottesville March Powerpoint | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-284 | Farag's Email re Structural Engineering Reports, with attachments | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-291 | Dewberry Group's BAR Application | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-292 | Dewberry Charleston - Terwilliger Upset Email | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-301 | Dewberry Group's Trade Account Search Found Sid's Company | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-302 | Defendant's "Dewberry Group" Mark (1st Appl) | |
| PX-303 | J. Dewberry Rebranding Email & trademark names | |
| PX-304 | Bloomberg - Emperor of Empty Lots Online Version | Hearsay. Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |

| | | |
|---|---|---|
| PX-305 | Bloomberg - Emperor of Empty Lots | Hearsay. Duplicative Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-311 | Email chain between John Dewberry and Wesminster Canterbury re "dewberry here" | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-314 | Oyster Park Cover Email + Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-316 | Dewberry Group Cville Email Chain + Draft Incentive Contract | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-317 | Laramore BAR Submission | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-318 | John Dewberry's itinerary for a Viginia trip | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-320 | Email from Westminster Canterbury to John Dewberry re revised purchase proposal | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-321 | cease-and-desist letter from Tener, Demm to Dorvee re breach of contract & infringement | |
| PX-328 | L. Brown's email instructs Architectural Record magazine to use 'Design Architect' | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-329 | Letter from Groce to Tener responding to demand letter re breach of CSA & infringement | |
| PX-332 | Dewberry Group Gives Credits to Architectural Record magazine | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-337 | Studio Dewberry Team Meeting February 2018 Powerpoint Rebrand Package | |
| PX-338 | Studio Dewberry Rebranding Meeting | |
| | | |

| | | |
|---|---|---|
| PX-341 | Oyster Park Parking Sign with Dewberry Living Mark | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-342 | Dewberry Group & Westminster Canterbury Executed Letter | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-343 | Peachree Pointe Campanile Gallery Uptown Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-344 | Rebrand Website Design Q&A | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-345 | Dewberry Group's 'Don't Print' Email | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. Prejudice outweighs probative value. |
| PX-346 | Dewberry Group Exchange re Omit Comment | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. Prejudice outweighs probative value. |
| PX-347 | Dorchester Square Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. Prejudice outweighs probative value. |
| PX-348 | Email from J. Rosenthal 'very upset' at Dewberry Group | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-349 | Belle Isle Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-350 | Dewberry Group's Brand Standards Guide to 3rd Parties (Native Slipsheets Attached) | |
| PX-351 | Dewberry Group's Rebranding Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-354 | Belle Isle Square Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-355 | Architectural Record Magazine Article (Online) | Hearsay. Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-356 | Architectural Record Magazine Article (Print) | Hearsay. Duplicative. Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-359 | Defendant's "D Dewberry Group" Mark (2nd Appl) | |

| | | |
|---|---|---|
| PX-360 | Defendant's "D Dewberry Office" Mark | |
| PX-361 | Defendant's "Studio Dewberry" Mark | |
| PX-362 | Defendant's "D Dewberry Living" Mark | |
| PX-364 | Dewberry Group's 'Prior Use' Email re design centric development | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-365 | Dewberry Group's Draft Agreement of Purchase & Sale with Westminster Canterbury re Azalea Square | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-366 | Dewberry Group decides to use DG instead of DCC "on all new leasing materials" | |
| PX-368 | Charlottesville BAR Staff Report with LB Mar 2018 drawings | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-369 | Fully Executed Agreement of Purchase and Sale with Westminster Canterbury | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-373 | Cease & desist letter from Tener to Dorvee re new infringing marks | |
| PX-374 | S. Dorvee response to R. Tener re cease and desist | |
| PX-375 | July 2018 Dewberry Group Website Draft | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial. |
| PX-376 | R. Tener response to S. Dorvee re cease and desist | |
| PX-378 | Laramore Violation Notice re rats | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-379 | Ortega Park Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-381 | Dewberry Group's Website Removal of 'Services' Section | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-382 | Oyster Park Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-385 | Ortega Park Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |

| | | |
|---|---|---|
| PX-386 | Campanile Leasing Package for Jones Day | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-387 | Belle Isle Square Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-389 | Peachtree Pointe Cover Email + Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-390 | Peachtree Pointe Cover Email + Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-391 | Peachtree Pointe Cover Email + Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-392 | Gallery Uptown Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-393 | Peachtree Pointe Cover Email + Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-395 | Ortega Park Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-396 | Oyster Park Cover Email + Leasing Package to CBRE | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-397 | Ortega Park Cover Email + Leasing Package to Colliers | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-398 | Gallery Uptown Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-399 | Belle Isle Square Cover Email + Leasing Package to Coldwell Banker | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-400 | Ortega Park Cover Email + Leasing Package to CBRE | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-401 | Ortega Park Cover Email + Leasing Package to JLL | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-403 | Rebrand Oyster Park Sign Advertise to Tenants | |
| PX-404 | Ortega Park Cover Email + Leasing Package to Avison Young | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |

| | | |
|---|---|---|
| PX-405 | Daily Progress Article City faces limited options as Dewberry project stagnant | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-406 | Gallery Uptown Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-407 | Campanile Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-409 | Ownership Percentages (Dewberry Group entities/properties) | |
| PX-410 | Oyster Park Cover Email + Leasing Package to JLL | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-411 | L. Brown to Charlottesville re Grafitti | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-412 | Groce email to Bowman re Azalea Impervious surface study | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-413 | Executed Proposal re Imperviousness | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-414 | Dewberry Charleston Cover Email + Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-415 | Dewberry Charleston Cover Email + Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-416 | Dewberry Charleston Cover Email + Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-418 | Campanile Leasing Package for Del Frisco's | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-419 | Dewberry Charleston Loan Report | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-420 | Campanile Cover Email + Leasing Package to JLL | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-422 | Charlottesville Snow + Grafiti Problems | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-423 | Dewberry Charleston Cover Email + Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-430 | Oyster Park Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-431 | 10th Street Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |

| | | |
|---|---|---|
| PX-432 | Oyster Park Cover Email + Leasing Package to JLL | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-433 | Rebrand Website + Email Addresses | |
| PX-434 | Dewberry Charleston Cover Email + Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-437 | Thalhimer Dispute + Invoice | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-438 | Dewberry Group's Rebranded Website Fully Launched | |
| PX-440 | Email chain with Charlottesville regarding Dewberry Group's rebrand | |
| PX-441 | Dewberry Group Updating LinkedIn | |
| PX-442 | Email from D. Groce to C. Engle re change from hotel to apartment development | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-443 | Belle Isle Square Cover Email + Leasing Package to Cushman Wakefield | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-445 | Oyster Park and Ortega Park Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-447 | Belle Isle Square Cover Email + Leasing Package to JLL | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-448 | Rebrand Construction Fencing | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-449 | Email between Dewberry Group and Charlottesville re Dewberry et al here | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-451 | Oyster Park and Ortega Park Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-469 | 10th Street and Gallery Uptown Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-471 | Oyster Park Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |

| PX-472 | Certificate Name Change from Dewberry Capital to Dewberry Group | |
| --- | --- | --- |
| PX-473 | Dewberry Charleston Cover Email + Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-476 | Daily Progress article re Dewberry apartments, w.pics | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-478 | Email from K. Swensson to L. Brown re Dewberry Trademark | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-479 | J. Dewberry email re "sky scraper skeleton . . . Folks bitch about" in Charlottesville | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-483 | Email Chain re Amazon | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-484 | Email Chain re Amazon | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| | | |
| PX-486 | ABCD Magazine - An Eyesore, a Hazard and Millionaire | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-487 | Belle Isle Square Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-488 | Email from J. Dewberry to D. Groce re Larry L Melton - People on the Move - Atlanta Business Chronicle | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-491 | Campanile Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-492 | Email chain with C'ville re: Laramore Problems with pictures | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-493 | Campanile Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-496 | Campanile Cover Email + Leasing Package for Del Frisco's | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-497 | Dewberry Charleston Email to investors re Owners' Report Q3 2019 | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-498 | Laramore Inspection Request Letter | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |

| | | |
|---|---|---|
| PX-501 | Campanile Cover Email + Leasing Package to Cushman Wakefield | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-502 | Email chain between L. Brown and Charlottesville re Bollards on 2nd Street | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-503 | Campanile Cover Email + Leasing Package to CBRE | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-505 | Campanile Signage | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-506 | Campanile Parking Signage | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-508 | Dewberry Charleston P&L | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-512 | J. Dewberry's Consolidated Financials | |
| PX-515 | Oyster Park Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-516 | Gallery Uptown Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-517 | Long-Languishing Downtown Mall gets new name – again | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-518 | L. Brown email to C. Engel re: Charlottesville ridicule | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-519 | Oyster Park Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-520 | Ortega Park Leasing Package to Colliers | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-521 | Daily Progress Editorial - Dewberry do better on derelict hotel | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-525 | Dorchester Sq Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-526 | Campanile Cover Email + Leasing Package to Cushman Wakefield | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |

| | | |
|---|---|---|
| PX-530 | Daily Progress article, City moved forward with Dewberry study despite concerns from officials | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-532 | 10th St-Midtown Sq Cover Email + Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-537 | Daily Progress Editorial - Controversial building's fate still unsettled | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-538 | 10th Street Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; unduly cumulative |
| PX-541 | Resident News email to Dewberry Group re Ortega Park 'Dewberry' on same day it reaches out to Dewberry | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-542 | Johnson Handwritten note re Roosevelt Blvd Project | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-543 | Ortega Park Reporter Confusion Email | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-544 | Ortega Park Panera Flood Complaint | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-546 | Laramore Warped Boards + Vegetation | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay; lack of foundation |
| PX-547 | Ortega Park Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-549 | Oretga Pk Orange Theory Flood Complaint | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay |
| PX-550 | Ortega Pk New China Flood Complaint | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay |
| PX-551 | Ortega Pk Publix + Orange Theory Flood Complaints | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay |
| PX-552 | Ortega Pk Publix Letter Flood Complaints | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay |
| PX-562 | Ortega Pk Email FDEP Reachout | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay |
| PX-566 | Oretga Pk L. Brown Email 'out of control' site | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay |

| | | |
|---|---|---|
| PX-569 | Ortega Park Cover Email + Leasing Package to JLL | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-570 | Campanile Cover Email + Leasing Package to JLL | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-571 | Keeler email re UVa project award | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-573 | Belle Isle Square Cover Email + Leasing Package to JLL | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-574 | Ortega Park Cover Email + Leasing Package to Cushman Wakefield | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-577 | Dewberry Charleston Pro Forma | |
| PX-578 | Campanile Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-579 | Dewberry Group's leasing proposal to Gray TV re Charlottesville | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope |
| PX-580 | 10th St-Midtown Sq Cover Email + Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-581 | Oyster Park Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-582 | Dorchester Square Cover Email + Leasing Package to Coldwell Banker | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-583 | Ortega Park Cover Email + Leasing Package to CBRE | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-586 | 10th St-Midtown Sq Cover Email + Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-587 | Campanile Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-590 | Dewberry Charleston Loan Request Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-594 | Dewberry Charleston Loan Report | |
| PX-595 | Charlottesville Development Report | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-596 | Campanile Cover Email + Leasing Package to Cushman Wakefield | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |

| | | |
|---|---|---|
| PX-598 | Campanile Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-599 | Dewberry Juniper Cover Email + Leasing Package to JLL for USPS | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-600 | Resident Community News article, Ortega Park subcontractors fined for stormwater violations | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay |
| PX-601 | SWS article, California Park Subcontractors Fined for StormWater Violations | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay |
| PX-603 | Charlottesville Cover Email + Leasing Package to NBC | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-605 | Freeman email to Amazon offering to sell Azalea | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-610 | Gallery Uptown Cover Email + Leasing Package to Cushman Wakefield | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-611 | Dewberry Charleston Loan Report | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-613 | Compilation of photos of Azalea Square site | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-615 | Ortega Pk Panera Legal Letter | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay |
| PX-616 | Compilation of photos of Charlottesville Laramore site | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-618 | Dewberry Group's LinkedIn | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-619 | Dewberry LinkedIn | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-621 | Danville Research Building signage | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-622 | Dewberry signage on Haymes Brothers project | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-623 | Oyster Park Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |

| | | |
|---|---|---|
| PX-633 | Campanile Cover Email + Leasing Package to CBRE | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-636 | Dewberry University of VA Engineering Servs | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay |
| PX-639 | Gallery Uptown Signage | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-640 | Charlottesville - side street view | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-641 | Charlottesville Eyesore Photo | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-642 | Charlottesville Eyesore Photo 1 | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-643 | Charlottesville Eyesore Pic | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-644 | Charlottesville Eyesore Photo 2 | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-645 | Ortega Park Signage - up close property sign | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-646 | Oyster Pk Signage - street view from New Parrish Way | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-647 | Dewberry Group Website - About Dewberry | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-648 | Dewberry Group Website - Dewberry Living | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-649 | Dewberry Group Website - Dewberry Office | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-650 | Dewberry Group Website - Kim Lavigne Bio | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-651 | Dewberry Group Website - Lockie Brown Bio | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-652 | Dewberry Group Website - Studio Dewberry | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |

| | | |
|---|---|---|
| PX-653 | Dewberry Group Website - T. Howard Bio | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-654 | Dewberry Group Website - John Dewberry Bio | |
| PX-655 | Oyster Park Cover Email + Leasing Package | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-657 | Ansley Signage | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-658 | Azalea Eyesore Photo | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-659 | Azalea Eyesore Photo | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-663 | Daily Progress article, Fairfax engineering firm suing Dewberry | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay |
| PX-664 | Keeler email re Charlottesville confusion | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay |
| PX-665 | Dewberry Group Website Elizabeth Armstrong Bio | |
| PX-666 | Dewberry Group Website Jaimie Brown Dewberry Bio | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-667 | Ok State Univ. North Hall Project -- Dewberry Logo on Jobsite fence | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-668 | OSF Project signage with Logo | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-674 | Dewberry Group's First Supp. Resp. to Plaintiff's 1st Set of Interrogatories | |
| PX-675 | Dewberry Group's Responses to Plaintiff's Second Set of Interrogatories | |
| PX-679 | 1155 Jupiter St NE Dewberry Group Sign | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |

| | | |
|---|---|---|
| PX-682 | University of Jacksonville Student Wellness Center Project | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-184 | Opening Expert Report of Rodney Bosco - Appendix A (Evidence of Use of Infringing Marks) | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay; unfairly prejudicial |
| PX-690 | Opening Expert Report of Rodney Bosco | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay; unfairly prejudicial |
| PX-691 | Opening Expert Report of Rodney Bosco - Exhibits 3, 3.1, 3.2, 3.3, 3.4, 3.5, 4, 4.1, 4.2, 5, 5.1, 5.2, 6, 6.1, 7, 8, 8.1, 8.2 | Hearsay; lack of foundation |
| PX-692 | Opening Expert Report of Rodney Bosco - Appendix A (Summary Chart) | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay; unfairly prejudicial |
| PX-693 | Opening Expert Report of James Berger Confusion Survey | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay |
| PX-698 | Stipulation Concerning Documents Available on USPTO's TSDR Website | |
| PX-700 | Twitter conversation showing confusion re: VA coastal resilience plan | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; |
| PX-701 | People on the Move article re Larry Melton | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay |
| PX-703 | Lisa Miller's Rebuttal Report - Attachment 5 | Hearsay; lack of foundation |
| PX-707 | Dewberry Group's Responses to Plaintiff's Second Requests for Admissions | |
| PX-708 | Berger's Expert Response to Sowers Opinion | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay; unfairly prejudicial |
| PX-710 | Supplemental Expert Report of Rodney Bosco | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay; unfairly prejudicial |
| PX-711 | Supplemental Expert Report of Rodney Bosco - Exhibits S3.1, S3.2, S3.3, S4.1, S4.2, S4.3, S5.1, S5.2, S5.3 | Hearsay; lack of foundation |

| | | |
|---|---|---|
| PX-712 | Certified Charlottesville (Ex A) LB is "in house architect", (Ex B) LB is "in house architect", (Ex C) 3/2/2017 Updated Powerpoint, (Ex D) 12/5/2017 LB's revised BAR drawings, (Ex E) 7/18/2018 Cville inspection + notice of violation, (Ex F) 11/1/2019 Cville request for inspection, (Ex G) 2/7/2020 Cville emeergency violation notice | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay |
| PX-713 | Certified Development Authority of Fulton County documents: (Ex A) 2017 DAFC bond closing docs [CROFT_ORA_0000579-1130]; (Ex B) 1st amendment to DAFC K [CROFT_ORA_0001321-1430]; (Ex C) Liens on Campanile [CROFT_ORA_0003571-80] | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-714 | Certified Jacksonville (Ex A) penalty calculation + proposed consent order, (Ex B) corrected consent order, (Ex C) fully executed consent order | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay |
| PX-716 | Dewberry and Dewberry Group Advertising Compilation | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-722 | Competitive Website references sent to Dewberry Group's web designer for its website | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-730 | Dewberry Group's Website - John Freeman Bio | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial |
| PX-754 | Ortega Park signage | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; lack of foundation |
| PX-755 | Compilation of McCandlish invoices and checks showing payment to McCandlish | |
| PX-757 | Compilation of Dewberry Group's January 2019- September 2020 Income Statements | |
| PX-758 | Compilation of Dewberry Group's January 2015 - September 2020 Check Requests | |
| PX-759 | Compilation of Dewberry Group's 2015-2020 Trial Balances | |
| PX-760 | Compilation of Dewberry Group's 2015, 2016, 2017, and 2019 Tax Returns | |

| | | |
|---|---|---|
| PX-762 | 2015-2019 Dewberry's Top 50 Clients | Irrelevant in light of the Court's Order (Doc. 175) limiting the scope of trial; hearsay |