IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DEWBERRY ENGINEERS INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:20-cv-00610 |
| ) | Hon. Liam O'Grady |
| DEWBERRY GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on Plaintiff Dewberry Engineers Inc.'s Motion to File a Post-Trial Brief Under Seal. Dkt. 240. For the reasons provided in Plaintiff's accompanying Memorandum in Support, Dkt. 241, the Motion is hereby **GRANTED**.

It is **SO ORDERED**.

January 4, 2022
Alexandria, Virginia

Liam O'Grady
United States District Judge