IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

DEWBERRY ENGINEERS, INC., )
)
    Plaintiff, )
)
v. )
)   Civil Action No. 1:20-cv-610
DEWBERRY GROUP, INC. F/K/A )
DEWBERRY CAPITAL CORPORATION. )
)
    Defendant. )
)

## ORDER

Upon consideration of Defendant's Motion to File Documents Under Seal, and for good cause shown, the Motion, Dkt. 148, is **GRANTED** and Defendant is hereby authorized to file under seal its un-redacted Memorandum of Law in Support of its Response to Plaintiff's Motion for Summary Judgment.

It is **SO ORDERED.**

February 1, 2022
Alexandria, Virginia

Liam O'Grady
United States District Judge