IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEWBERRY ENGINEERS INC.,<br>a New York corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>DEWBERRY GROUP, INC., f/k/a<br>DEWBERRY CAPITAL CORPORATION,<br>a Georgia corporation,<br><br>                              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:20-cv-610-LO-IDD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION TO SET BRIEFING AND HEARING SCHEDULE FOR
PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES AND BILL OF COSTS**

The parties have agreed upon, and hereby request the Court to approve, the following submission, briefing and hearing schedule on Plaintiff's Application for Attorneys' Fees and Bill of Costs pursuant to the Court's sealed Order of March 2, 2022 [DKT 256]:

- Plaintiff's Application for Attorneys' Fees and supporting Brief and Plaintiff's Bill of Costs and supporting Brief to be filed and served on opposing counsel twenty-one (21) days after the Court's entry of a public version of the sealed March 2, 2022 Order [DKT 256];

- Defendant's Brief in Opposition to Plaintiffs' Application for Attorneys' Fees and Brief in Opposition to Plaintiffs' Bill of Costs to be filed and served upon opposing counsel twenty-one (21) days thereafter;

- Plaintiff's Reply in Support of Application for Attorneys' Fees and Reply in Support of Bill of Costs to be filed and served on opposing counsel ten (10) days thereafter; and

- Hearing on Plaintiff's Fee Application and, if unresolved, Bill of Costs to be scheduled for first Friday Motions Day available for Judge O'Grady at least seven (7) days after submission of Plaintiffs' Reply Briefs.

The parties hereby request the Court to grant this Motion in order to establish a clearly-defined and orderly schedule that provides adequate time for the parties to prepare and file their required submissions and attempt to narrow areas of disagreement, while also providing sufficient time for the Court to review and consider the parties' submissions.

WHEREFORE, the parties hereby respectfully request the Court to grant this Consent Motion and to enter the proposed Consent Order submitted with this Motion which sets forth the requested schedule.

Dated: March 9, 2022          Respectfully Submitted,

By: /s/ Arthur E. Schmalz
Arthur E. Schmalz (VSB No. 36014)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
aschmalz@HuntonAK.com

| | |
|---|---|
| Stephen P. Demm (VSB No. 30534) | Alan B. Croft (VSB No. 9209) |
| Brian A. Wright (VSB No. 82827) | MCCANDLISH LILLARD |
| Jonathan L. Caulder (VSB No. 89062) | 201 Loudoun Street, S.E. |
| HUNTON ANDREWS KURTH LLP | Suite 201 |
| Riverfront Plaza, East Tower | Leesburg, Virginia 20175 |
| 951 East Byrd Street | Telephone: (703) 934-1105 |
| Richmond, Virginia 23219-4074 | Facsimile: (703) 352-4300 |
| Telephone: (804) 788-8200 | acroft@mccandlishlaw.com |
| Facsimile: (804) 344-7999 | |
| sdemm@HuntonAK.com | |
| wrightB@HuntonAK.com | |
| jcaulder@huntonAK.com | |

*Attorneys for Plaintiff Dewberry Engineers Inc*

2

ARNALL GOLDEN & GREGORY, LLP

<u>/s/ Adriaen M. Morse, Jr.</u>
Adriaen M. Morse Jr.
Virginia Bar No. 38889
1775 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20006
Telephone: 202.677.4058
Facsimile: 202.677.4969
Adriaen.Morse@agg.com

Stephen M. Dorvee, Esq.
David L. Hobson, Esq.
Andrew C. Stevens, Esq.
ARNALL GOLDEN GREGORY LLP
171 17th Street NW
Suite 2100
Atlanta, Georgia 30363
Stephen.Dorvee@agg.com
David.Hobson@agg.com
Andrew.Stevens@agg.com

*Attorneys for Defendant Dewberry Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of March, 2022, I caused a copy of the foregoing to be filed using the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Arthur E. Schmalz