IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| DEWBERRY ENGINEERS, INC., )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>DEWBERRY GROUP, INC., )<br>)<br>*Defendant.* )<br>)<br>) | Civil Action No. 1:20-cv-00610<br>Hon. Liam O'Grady |

### ORDER

The Court first issued its post-trial damages award order, Dkt. 256, as temporarily filed under seal. The parties were instructed to file a motion if they would like any part of the order to remain permanently under seal. *Id.* at 30. Upon review of Defendant's motion to keep portions of the damages award order permanently under seal, Dkt. 259, the Court denied the motion, Dkt. 265.

Accordingly, it is hereby **ORDERED THAT THE ORDER, Dkt. 256, BE UNSEALED.**

It is **SO ORDERED.**

April __1__, 2022
Alexandria, Virginia

_____
Liam O'Grady
United States District Judge