**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| DEWBERRY ENGINEERS, INC., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:20-cv-00610 |
| DEWBERRY GROUP, INC., | ) | Hon. Liam O'Grady |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

## ORDER

On September 16, 2021, this Court granted Plaintiff's Motion for a Permanent Injunction. *See* Dkt. 208. The Court stated that it would enter Plaintiff's Proposed Order Granting Permanent Injunction, Dkt. 188-1, as written, and that it would stay the enforcement of the permanent injunction until final judgment was rendered at the District Court.

Final judgment has now been rendered in this matter. *See* Dkt. 256. Therefore, it is hereby **ORDERED** that the **STAY ON THE PERMANENT INJUNCTION IS LIFTED**. The Defendant may pursue a further stay if the case is appealed.


It is **SO ORDERED.**


May ____, 2022
Alexandria, Virginia

_____
Liam O'Grady
United States District Judge