IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DEWBERRY ENGINEERS, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DEWBERRY GROUP, INC., )<br>)<br>*Defendant*. )<br>)<br>) | Civil Action No. 1:20-cv-00610<br>Hon. Liam O'Grady |

## ORDER

Final judgment has now been rendered in the above-captioned action. The Court awarded Plaintiff Dewberry Engineers $42,975,725.60 in damages. *See* Dkt. 256. Accordingly, the Clerk is directed to enter judgment pursuant to Federal Rule of Civil Procedure 58 in favor of Plaintiff and against Defendant. The time for an appeal shall begin to run upon issuance of this Order.

It is **SO ORDERED**.

May 6, 2022
Alexandria, Virginia

Liam O'Grady
United States District Judge