# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| **Dewberry Engineers Inc.** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-00610-LO-IDD |
| | ) |
| | ) |
| **Dewberry Group, Inc** | ) |
| | ) |
| Defendant | ) |

## **JUDGMENT**

Pursuant to the Order of this Court entered on May 6, 2022 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff Dewberry Engineers Inc. and against the Defendant Dewberry Group, Inc. in the amount of $42,975,725.60.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
        Samantha Williams
        Deputy Clerk

Dated: 5/6/2022
Alexandria, Virginia