IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEWBERRY ENGINEERS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEWBERRY GROUP, INC. F/K/A ) <br> DEWBERRY CAPITAL CORPORATION. ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No. 1:20-cv-610-LO-IDD |

### NOTICE OF DISAFFILIATION AND WITHDRAWAL
### OF ANDREW C. STEVENS AS COUNSEL FOR DEFENDANT
### DEWBERRY GROUP, INC. F/K/A DEWBERRY CAPITAL CORPORATION

Notice is hereby given that Andrew C. Stevens is disaffiliating with the law firm of Arnall Golden Gregory LLP effective May 6, 2022, and therefore withdraws as counsel of record for Defendant Dewberry Group, Inc. f/k/a Dewberry Capital Corporation in this action with its consent.

Dated: May 13, 2022

Respectfully submitted,

ARNALL GOLDEN & GREGORY, LLP

  /s/ *Adriaen M. Morse Jr.*
Adriaen M. Morse Jr.
Virginia Bar No. 38889
1775 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20006
Telephone:   202.677.4058
Facsimile:   202.677.4969

Stephen M. Dorvee
Georgia Bar No. 226989
*Admitted Pro Hac Vice*
171 17th Street NW
Suite 2100
Atlanta, GA  30363-1031
Telephone:     404.873.8500
Facsimile:      404.873.8501

Attorneys for Defendant
*Dewberry Group f/k/a Dewberry Capital Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEWBERRY ENGINEERS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 1:20-cv-610-LO-IDD |
| DEWBERRY GROUP F/K/A DEWBERRY CAPITAL CORPORATION. | ) ) ) |
| Defendant. | ) ) ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2022, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will then send a notification of such filing to the following:

| | |
|---|---|
| Alan B. Croft (VSB # 9209) | Stephen Patrick Demm (VSB # 30534) |
| Ralph M. Tener (VSB # 25430) | Arthur Eric Schmalz (VSB # 36014) |
| Mark Emilio S. Abrajano (VSB # 91682) | Julie Margaret Peters (VSB # 47282) |
| McCandlish Lillard, P.C. | Hunton Andrews Kurth LLP |
| 11350 Random Hills Road, Suite 500 | 951 East Byrd Street |
| Fairfax, Virginia, 22030 | Richmond, VA 23219 |
| Telephone: (703) 273-2288 | Telephone: (804) 788-8331 |
| Fax: (703) 273-4592 | Fax: (804) 343-4513 |
| acroft@mccandlaw.com | sdemm@huntonak.com |
| rtener@mccandlaw.com | aschmalz@hunton.com |
| mabrajano@mccandlaw.com | jpeters@hunton.com |
| Counsel for the Plaintiff | Counsel for the Plaintiff |

Dated: May 13, 2022

                                                 */s/ Adriaen M. Morse Jr.*
                                                 Adriaen M. Morse Jr.
                                                 Virginia Bar No. 38889