



*A century of looking forward.*

Alan B. Croft, Esq.
Direct Phone: 703-934-1105
Email: acroft@mccandlishlawyers.com

August 26, 2022

**SENT VIA US MAIL**

Clerk of Court
United States District Court - Eastern District of Virginia
Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

      Re:    **Writ of Execution and Suggestion for Summons in Garnishment**
              **Dewberry Engineers, Inc. v. Dewberry Group, Inc.**
              **Case No. 1:20-cv-00610 (LO/IDD)**

Dear Clerk of Court,

      Please issue a Writ of Execution against defendant Dewberry Group, Inc.[1] ("DGI") in the above-styled case. A judgment of $42,975,725.60, plus attorneys' fees and costs subsequently determined to total $3,915,680.34, was awarded against DGI on May 6, 2022. Upon information and belief, no supersedeas bond has been filed in this matter and there has been no order staying execution of the judgment entered in the case. I have enclosed three (3) copies of the Writ of Execution containing the required information. Additionally, I have enclosed the required Form USM-285 per the Clerk's Office instructions, however, I ask that it not be served by the U.S. Marshalls at this time.

      Also enclosed, please find six (6) copies of the Garnishment Summons, one (1) original and five (5) copies of the Suggestion for Garnishment, and three (3) copies of the Exemption Claim form. These documents are regarding DGI, and will be served on DGI and Truist Bank (the "Garnishee") by private process server. In addition, enclosed is a stamped envelope addressed to DGI.

      Please issue the garnishment documents and contact my colleague, Theresa Small, by telephone (703-934-1138) or by email (tsmall@mccandlaw.com), so that we can arrange for

---

[1] Dewberry Group, Inc. purports to have changed its name to Dewberry Capital Corporation.

August 26, 2022
Page 2 of 2

pickup of the documents for service. Please do not hesitate to contact me should you have any questions or concerns.

Sincerely,

McCandlish Lillard, P.C.

By: Alan B. Croft

Enclosures

