USM-285 is a 5-part form.  Fill out the form and print 5 copies.  Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dewberry Engineers Inc. | 1:20-cv-610-LO-IDD |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Dewberry Group, Inc. | Writ of Execution |

**SERVE AT** { 

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Dewberry Group, Inc.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

1545 Peachtree Street, Suite 250, Atlanta, GA 30309

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Alan B. Croft, Esquire<br>McCandlish Lillard, P.C.<br>201 Loudoun Street, SE<br>Leesburg, VA 20175 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses,* *All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                   Fold

Hold, Do Not Execute, Return Unexecuted On 11/28/2022.

*[signature]*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>703-934-1105 | DATE<br>8/26/22 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. _____ | District to Serve<br>No. _____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ ☐ |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

WRIT OF EXECUTION

| *United States District Court* | DISTRICT<br>Eastern        District of Virginia |
|---|---|

**TO THE MARSHAL OF:**

The    Eastern        District of Virginia

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
Dewberry Group, Inc.*

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $47,366,319   and     74 /100 | |

In the United States District Court for the ___Eastern___ District of Virginia ___,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Dewberry Group, Inc.*

and also the costs that may accrue under this writ.
        And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE<br>Albert V. Bryan U.S. Courthouse<br>401 Courthouse Square | DISTRICT<br>Eastern        District of Virginia |
|---|---|
| CITY<br>Alexandria | DATE<br>August 26, 2022 |

Witness the Honorable _____
                                    (United States Judge)

| DATE<br>8/29/2022 | CLERK OF COURT    Fernando Galindo |
|---|---|
| | (BY) DEPUTY CLERK    S. Williams |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|

* Purports to have recently changed its name to Dewberry Capital Corporation.