UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEWBERRY ENGINEERS INC., ) | |
| ) | |
| Plaintiff/Judgment Creditor, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:20-cv-610-AJT-IDD |
| DEWBERRY GROUP, INC. ) | |
| ) | |
| Defendant/Judgment Debtor, ) | |
| ) | |
| TRUIST BANK, ) | |
| ) | |
| Garnishee ) | |

## ORDER FOR PAYMENT ON GARNISHMENT OF TRUIST BANK

This matter coming before the Court on the *Garnishment Summons* (ECF 324) (the "Garnishment Summons") served by Plaintiff/Judgment Creditor, Dewberry Engineers Inc. (the "Plaintiff"), to Garnishee, Truist Bank (the "Garnishee"); and this Court having found that the Plaintiff received judgments from this Court in excess of $43 million against the Defendant/Judgment Debtor, Dewberry Group, Inc. ("DGI") (ECF 256 and 331), and served the Garnishment Summons on the Garnishee in aid of execution of those judgements; and this Court having found that the return date of the Garnishment Summons occurred on November 4, 2022 (the "Return Date"); and this Court having found that, pursuant to Va. Code Ann. § 8.01-515 and in response to the Garnishment Summons, Garnishee delivered to the Court funds from the bank account of DGI with the Garnishee, in the total amount of $191,622.76 (the "Garnishment Funds"), which Garnishment Funds were delivered by the Garnishee to this Court in two payments in the amounts of $35,814.67 and $155,808.09 (*see* this Court's unnumbered ECF notices issued on October 31, 2022 and November 15, 2022, respectively); and this Court having found that movant-

intervenors Campanile Property, LLC and JKD 1155 Peachtree LLC (the "Intervenors") filed the *Emergency Motion to Intervene and Objection to Garnishment Transfer* (ECF 330 and 331) (the "Motion"), seeking to intervene in this proceeding and objecting to the transfer of approximately $155,000 of the Garnishment Funds to the Plaintiff, and the Plaintiff opposed the relief sought by the Intervenors in the Motion (ECF 338); and this Court having granted the Intervenor's request to intervene in this proceeding and having denied the Intervenor's objection to transfer of all the Garnishment Funds to the Plaintiff for the reasons stated by the Court at the hearing on the Motion on March 17, 2023, and as reflected in an Order entered on the same date (ECF 368); and upon all proceedings had before this Court; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Clerk of the Court shall pay to the Plaintiff all of the Garnishment Funds in the total amount of $191,622.76 at the following address: Dewberry Engineers Inc., c/o Ms. Cynthia Chen, Chief Financial Officer, 8401 Arlington Boulevard, Fairfax, Virginia 22031-4619.

2. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order.

3. Upon payment by the Clerk of the Garnishment Funds as ordered herein, this garnishment proceeding is hereby ended.

It is **SO ORDERED.**

Dated: August 8, 2023

_____/s/_____
Ivan D. Davis
United States Magistrate Judge